**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25 cr 265-MOC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| KELTON ISAIH STURDIVANT | ) | **Violation: 18 U.S.C. § 922(g)(1)** |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Felon)*

On or about March 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**KELTON ISAIH STURDIVANT,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: a Glock 48, 9 mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearm and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Glock 48, 9mm pistol, bearing serial number AHPX922, and ammunition seized during the investigation.

A TRUE BILL



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY

2