UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25cr265-MOC |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| KELTON ISAIH STURDIVANT | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      On or about March 14, 2025, in Mecklenburg County, within the Western District of North Carolina, KELTON ISAIH STURDIVANT, knowingly possessed a Glock 48, 9 mm pistol.

2.      The Glock 48, 9 mm pistol was manufactured outside of the State of North Carolina and therefore has traveled in or affected interstate or foreign commerce before being seized by law enforcement on March 14, 2025.

3.      Prior to March 14, 2025, STURDIVANT was convicted of one or more offenses punishable by a term of imprisonment in excess of one year and was therefore prohibited from possessing a firearm.

4.      Prior to March 14, 2025, STURDIVANT knew he had been previously convicted of at least one felony offense that was punishable by a term of imprisonment exceeding one year.

RUSS FERGUSON
UNITED STATES ATTORNEY

Caryn Finley

Caryn Finley
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

Isaac Cordero, Attorney for Defendant
Kelly Sullivan for Isaac Cordero

DATED: 2/24/26

2